PER CURIAM.
Affirmed. Pierson v. Sharp, 283 So.2d 880 (Fla. 4th DCA 1973); Schmidt v. Reyes, 274 So.2d 242 (Fla. 1st DCA 1973); Curtiss-Wright Corp. v. King, 207 So.2d 294 (Fla. 3d DCA 1968); Johnson v. Eatonville, 203 So.2d 664 (Fla. 4th DCA 1967); Davis v. Zona, 198 So.2d 43 (Fla. 2d DCA 1967); Best v. Barnette, 130 So.2d 90 (Fla. 2d DCA 1961); Broward County Port Authority v. F. M. Rule & Co., 119 So.2d 82 (Fla. 2d DCA 1960).
MAGER, C. J., and ANSTEAD and DAUKSCH, JJ., concur.